Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
MAURILIO OROPEZA-OLVERA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MAURILIO OROPEZA-OLVERA,<br>  Defendant. | CASE NO. 13-CRS-345 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 1/9/14 |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 12, 2013.

2. By this stipulation, defendant now moves to continue the status conference until January 9, 2014, and to exclude time between December 12, 2013, and January 9, 2014, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendants desires additional time to consult with her client, continue to review the discovery, conduct investigation, confer with an immigration specialist, confer with a state court attorney from Oregon, and to otherwise prepare for trial.

   b) Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Stip. & Order Continuing Status Conf. & Excluding
Time Periods Under Speedy Trial Act

1

        c)       The government does not object to the continuance.

        d)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 12, 2013, to January 9 , 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 9, 2013                        BENJAMIN B. WAGNER
                                              United States Attorney

                                              /s/ Nirav Desai
                                              NIRAV DESAI
                                              Assistant United States Attorney

Dated: December 9, 2013                        /s/  Dina L. Santos
                                              DINA SANTOS, ESQ.
                                              Attorney for Maurilio Oropeza-Olvera

////

///

//

/

**ORDER**

IT IS SO FOUND AND ORDERED this 10th day of December, 2013

_____
Troy L. Nunley
United States District Judge