BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>            v.<br><br>MAURILIO OROPEZA-OLVERA<br>  aka Javier Calderon,<br><br>                              Defendant. | CASE NO.  2:13-CR-345 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 9, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on January 9, 2014.

2.      By this stipulation, defendant now moves to continue the status conference until February 6, 2014, at 9:30 a.m., and to exclude time between January 9, 2014, and February 6, 2014, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes 208 pages of documents primarily obtained from defendant's immigration file, or A-file.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1       b)     Counsel for defendant desires additional time consult with her client, continue to

2 review the discovery, conduct investigation, confer with an immigration specialist and otherwise

3 investigate immigration-related issues, confer with a state court attorney from Oregon in regards

4 to the defendant's prior conviction, and to otherwise prepare for trial.

5       c)     Counsel for defendant believes that failure to grant the above-requested

6 continuance would deny him/her the reasonable time necessary for effective preparation, taking

7 into account the exercise of due diligence.

8       d)     The government does not object to the continuance.

9       e)     Based on the above-stated findings, the ends of justice served by continuing the

10 case as requested outweigh the interest of the public and the defendant in a trial within the

11 original date prescribed by the Speedy Trial Act.

12       f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

13 et seq., within which trial must commence, the time period of January 9, 2014, to February 6,

14 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

15 T4] because it results from a continuance granted by the Court at defendant's request on the basis

16 of the Court's finding that the ends of justice served by taking such action outweigh the best

17 interest of the public and the defendant in a speedy trial.

18 ////

19 ////

20 ////

21 ////

22 ////

23 ////

24 ////

25 ////

26 ////

27 ////

28 ////

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4    IT IS SO STIPULATED.

5

6

7    Dated:  January 6, 2014                    BENJAMIN B. WAGNER
                                                 United States Attorney

8

9                                               /s/ NIRAV K. DESAI
                                                 NIRAV K. DESAI

10                                               Assistant United States Attorney

11

12   Dated:  January 6, 2014                    /s/ DINA SANTOS (as auth. on 1/03/14)
                                                 DINA SANTOS, ESQ.

13                                               Counsel for Defendant
                                                 Maurilio Oropeza-Olvera

14

15

16

17                            **FINDINGS AND ORDER**

18       IT IS SO FOUND AND ORDERED this 7th day of January, 2014.

19

20

21

22

23                                               _____
                                                 Troy L. Nunley

24                                               United States District Judge

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME                      3
PERIODS UNDER SPEEDY TRIAL ACT